# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**VIOLET ARZOLA,**

       **Plaintiff,**

**v.**                                                                         **Case No. 07-2438-CM**

**NATIONAL ENTERPRISE SYSTEMS,**
**INC.**

       **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation of the parties (Doc. 15) and for good cause shown, it is hereby

**ORDERED** that the above-captioned case is dismissed with prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED** this 20th day of February, 2008.

                                           s/ Carlos Murguia
                                           **Carlos Murguia**
                                           **U.S. District Judge**